AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America )<br>v. )<br>Jimmon Watson )<br>)<br>)<br>)<br>*Defendant(s)* | Case No. |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the dates(s) of between on or about 08/01/16 through 05/17/18 in the county of _____ in the _____ District of Columbia, the defendant(s) violated:

| Code Sections | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | knowingly employed, used, persuaded, induced, enticed, or coerced minor D.F., to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct by any means and facility of interstate and foreign commerce. |
| 22 D.C. Code §§ 3008, 3020(a)(2) | being more than four years older than D.F., a child under 16 years of age, that is, 14 years of age, engaged in a sexual act with D.F. and caused D.F. to engage in a sexual act, that is, contact between Jimmon Watson's mouth and D.F.'s penis. The United States further charges that at the time Jimmon Watson committed this offense, D.F. was under the age of eighteen, and the defendant had a significant relationship with D.F., that is, Jimmon Watson was an employee of a school and in a position of trust or authority over D.F. |
| 18 U.S.C. § 2251(a) | knowingly employed, used, persuaded, induced, enticed, or coerced minor J.L., to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct by any means and facility of interstate and foreign commerce. |
| 18 U.S.C. § 2252(a)(4)(B) | did knowingly possess material that contained a visual depiction that had been transported using any means or facility of interstate commerce, and the producing of the visual depiction involved the use of a minor engaged in sexually explicit conduct and the visual depiction is of such conduct. |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Peter Kaupp, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/25/2019

*Judge's signature*

City and state: Washington, DC    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*