**Statement of Facts**

On May 14, 2018, the Metropolitan Police Department ("MPD") Youth and Family Services Division received notification of a sexual abuse allegation between the Defendant, then-41-year-old Jimmon Watson, and a then-18-year-old student (herein "Complainant 1") and Complainant 1 was a student at that school. At that time, the Defendant was employed at Cesar Chavez Public Charter School – Parkside Campus (herein "Cesar Chavez") as the Special Education Manager.

<u>Allegations Related to Complainant 1</u>

MPD Detective Eric Walsh responded immediately to the school to interview the reporting person, a school counselor. The reporting person stated that Complainant 1 disclosed an inappropriate relationship between Complainant 1 and the Defendant. Complainant 1 showed the reporting person text messages that stated, in part, that the sender loved Complainant 1 and that the sender wanted to perform sexual acts on Complainant 1, including oral sex. The reporting person asked Complainant 1 who sent the messages, and Complainant 1 showed the reporting person the name "Watson" as the sender. The reporting person then confirmed that the sender of the number for that text message was the Defendant, Jimmon Watson's, phone number.

Det. Walsh then interviewed Complainant 1. Complainant 1 stated that he officially met the Defendant in his 11th grade school year, 2016-2017. Complainant 1 stated that he had often seen the Defendant around school in earlier grades, but Complaint 1 began receiving rides from the Defendant to and from football practice along with other students during Complainant 1's 11th grade year. During this time, Complainant 1 and the Defendant began texting one another, and the Defendant began giving Complainant 1 "hints" that the Defendant was sexually interested in him.  The Defendant began providing rides to and from school and to and from

work for Complainant 1. Complainant 1 joined a school mentoring program sponsored by the Defendant, known as the "Brother to Brother" program. The Defendant also provided Complainant 1 money, clothing, shoes, and, on one occasion the Defendant purchased marijuana for Complainant 1. Later, the Defendant began expressing to Complainant 1 that he loved him.

During the summer of 2017, when Complainant 1 was 17 years old, the Defendant attempted to kiss Complainant 1 on his lips. Defendant was only successful on three occasions, and the first time the Defendant kissed him, the Defendant's tongue entered Complainant 1's mouth and touched his tongue.  Complainant 1 pushed the Defendant away from him.

On several occasions when Complainant 1 was 17 years old, the Defendant spoke to Complainant 1 and texted him about engaging in sexual intercourse.  The Defendant even offered Complainant 1 $100 to spend with the Defendant on Complainant 1's birthday weekend. Complainant 1 accompanied Defendant to the Defendant's house, and Defendant attempted to have Complainant 1 lay in bed with him. However, Complainant 1 declined this request, and the Defendant then provided Complainant 1 with marijuana, which Complainant 1 smoked on the balcony of Defendant's apartment.

After interviewing Complainant 1, Det. Walsh conducted a non-custodial interview with the Defendant at the MPD First District station.  Defendant denied ever touching, attempting to touch, or kissing Complainant 1. He stated that he had provided Complainant 1 money for food, but only approximately $15. Defendant later admitted to providing Complainant 1 cash on several occasions and to transferring money to Complainant 1 through PayPal accounts. Defendant denied sending any inappropriate text messages or Facebook messages to Complainant 1. When confronted with a screenshot of a text message in which Defendant told Complainant 1, "Well I want you to make love to me. Outside of sucking your dick of course,"

the Defendant said that someone must have spoofed his phone number to send it. Defendant then requested a lawyer, so the interview was terminated.

Subsequently, Complainant 1 permitted Det. Walsh to download a copy of Complainant 1's Facebook Messenger conversation history containing his messages with the Defendant. The messages dated back to July 2017, when Complainant 1 was 17-years-old. Excerpts of the Facebook Messenger exchange are included below.  For example, on December 1, 2017 at 9:23pm Complainant 1 discussed needing things for college and paying a "car note."  The following exchange occurred:

> Defendant:  Monthly. Not really a long shot. A lot to think about though. When you get into vehicles and property those are things that you share with a person that you are intimate (sex and intimacy are two different things) meaning a person that I have experienced love making (in any form) with.
>
> Complainant 1: Oh
>
> Defendant: Not that I want you to fuck me or some crazy shit. I'm just saying lol.[1] Relax
>
> Complainant 1: no I get it
>
> Complainant 1: im trying to get all I need for college now so that when time comes I won't be struggling
>
> Complainant 1: but if I dont have a car km not going to college
>
> Defendant: I understand as well. You should know that all I wanted was to be with you and occasionally suck your 🍆 [2] and you would have gotten anything you wanted. Lol. Sorry #truth.
>
> Complainant 1: ik,not anymore
>
> Defendant: I didn't say that. It just takes time to work back up to that space
>
> Complainant 1: ik

---

[1] All text abbreviations and typographical errors in quoted text language are original.
[2] Your affiant is aware from training and experience that the eggplant emoji is used to refer to a penis.

Defendant: I know you're not comfortable yet with me doing that to you. So until you are I guess I'll just fantasize about it. Pics are always welcome too. Lol

Complainant 1: look, i love you and respect you and i really need some things right now, im not being taken care of properly by my mom so i kinda need u to help out with that, i need clothes and stuff , would u believe i got the same clothes since the 9th grade only thing that changes is my uniforms"

Complainant 1: **[Complainant sent the Defendant an image depicting his flaccid penis.]**

Defendant: Wow. I love you too and I'm sorry and wOOOOOOWWWWWWWWE!!! And I'll will try to help you as much as I can

Complainant 1: thank you

Complainant 1: I aint never shave

Defendant: Lol. I don't think I want you to shave. I like the hair and it's huge!!!!

On December 6, 2017 at 7:14pm, the Defendant again engaged in a Facebook Messenger

exchange with Complainant 1.  The following is an excerpt of that exchange:

Defendant: Can you send me some pics babe? I'm horny.

Complainant 1: yea give me a sec . . . . imma take a pic before I shave and after.

Defendant: Okay babe.

Complainant 1: **[Complainant sent the Defendant an image depicting his erect penis to the Defendant]**

Defendant: Dayyyyyyyyyyyyyyyuuuuuuuuummmmmmmmmmmmmmmmmm

Complainant 1: lo

Defendant: That's kinda scary [Complainant 1]. Lol

[. . .]

Defendant: Lol I knew your dick was huge but didn't know it was monster

4

At 9:28pm, in response to a question from Complainant 1 about how the Defendant would take care of him, the Defendant responded, "I still have a lawsuit as soon as therapy is finished and if you are good to me and show me that you love me, I'll do my best to Give you everything you want and need. . . . I have two more weeks and hopefully the therapist writes me out so they can begin the lawsuit. I'm not asking for much other than for us to be together for real and to suck your dick from time to time. Lmao." Complainant 1 responded "I gotta work myself to tha[t] just don't push me."

On December 14, 2017 at 12:41am, the Defendant again engaged in a Facebook Messenger exchange with Complainant 1. The exchange was as follows:

Complainant 1: u tired?

Defendant: Slightly. I'm a little tired and horny

Complainant 1: i need a shower so i can shave again.

Defendant: I think I like it with your hair idk. Haven't seen it shaved

Complainant 1: **[Complainant 1 sent an image depicting his erect penis to the Defendant]**

Complainant 1: That's it shaved

Defendant: Your dick looks Scary AF. lol

On December 16, 2017 at 12:10am, the Defendant again engaged in a Facebook Messaging exchange with Complainant 1. The exchange was as follows:

Defendant: "Here babe[.]"

Complainant 1: sending

Complainant 1: **[Complainant 1 sent an image depicting his erect penis to the Defendant]**

Defendant: Damn!!!!!!!!!!!!!!!! Hope you like your underwear[3]

Defendant: I want to see you nutt

Complainant 1: gonna be a while :)

Defendant: Lol that's okay. I want to see it.

Complainant 1: one day

Defendant: You promise babe?

Complainant 1: Yes I do

On December 20, 2017 at 10:42pm, the Defendant again engaged in a Facebook

Messenger exchange with Complainant 1. The exchange was as follows:

Defendant: Okay babe. If you remember please make my video tonight. I'm over

here dying. Lol

Complainant 1: ik

Defendant: Sorry babe. Not trying to stress you

[58 minutes pass]

Defendant: I love you and goodnight

Complainant 1: not sleep

Complainant 1: didnt 4get

Defendant: Okay babe. I'm just laying here

---

[3] A messaging exchange dated December 20 explained that the defendant provided Complainant 1 with underwear:

Defendant: On another note…can't wait to see you in those underwear that I brought you

Complainant 1: they tight

Defendant: Really? They should be fitted. Tight on your balls? Or tight as in showing all of your dick?

Complainant 1: everybody still in here I didnt forget.

Defendant: I was just looking at rings. You wouldn't happen to know what size ring you wear?

Complainant 1: no

Defendant: K

Nearly 3 hours pass, with the exchange resuming at 3:44 am:

Defendant: Waited up to see if you were going to reach back out but you forgot me…smh

Defendant: Night

At 10:50am, Complainant 1 responded, "im so sorry, I fell asleep, they wouldny leave."

On December 22, 2017 at 7:39 pm, the Defendant and Complainant 1 discussed via Facebook Messenger Complainant 1's approaching 18th birthday.   The Defendant stated he "can't wait to spend the night with" Complainant 1.

On December 23, 2017 at 12:11am, the Defendant asked Complainant 1 via Facebook Messenger whether they will wait for Complainant 1's birthday to "make love" or whether they will do so when the Defendant returns from his holiday trip on December 27. Complainant 1 responded, "[O]n my birthday or the day after."  The following exchange ensued shortly thereafter:

Defendant: Can you send some pics or a video babe? I'm horny AF

Complainant 1: yea im boutta shower soon anywau

Complainant 1: [Complainant sent Defendant a photo of a family member in his room, implying that Complainant 1 could not take a photo at that time]  I hate him.

Defendant: Okay. Lol lmao.

Complainant 1: boutta shower

Defendant: I'm over here looking at phone like my life depended on it.

Complainant 1: ugh remind me to cone back to the bathroom

Defendant: K

Defendant: :)

Complainant 1: [Complainant 1 sent Defendant multiple images depicting his bare chest and face]

Defendant: U ok?

Complainant 1: yea

Defendant: Okay. I was waiting for my pics and only got pics of your face and chest.

Complainant 1: I did sebd a pic

Defendant: I didn't get it babe

Defendant: [Defendant sent Complainant 1 a "screenshot" of the photos of the Complainant 1's chest that he received]

Complainant 1: i promise u i did

Defendant: I believe you

Complainant 1: i can send you a quick head pic thi

Complainant 1: **[Complainant sent an image depicting the tip (or "head") of his penis to the Defendant]**

On December 24, 2017 at 2:19am, Complainant 1 sent an image depicting his erect penis to the Defendant. The Defendant responded, "Dayum babe" and informed Complainant 1 that he was still in South Florida.

On December 27, 2017 at 1:38pm Complainant 1 again engaged in a Facebook Messenger exchange with the Defendant. The exchange was as follows:

Complainant 1: I gotta picture for u.

Defendant: Do you babe?

Complainant 1: I do

Defendant: I'm excited.

Complainant 1: wanna see?

Defendant: Yes I do babe

Complainant 1: **[Complainant sent an image depicting his ejaculating penis to the Defendant]**

After 11 minutes pass, Defendant messaged Complainant 1 that he had lost the signal while his plane landed. He then stated, "Just seeing your picture. OMG. I wanna lick it off. Lol."

At the time of each of the Facebook Messenger exchanges above, the Defendant was 40 years-old and Complainant 1 was 17-years-old. Complainant 1 stated that he took the images of himself described above and sent them to the Defendant because the Defendant would "buy me stuff."[4]

<u>Allegations Related to Complainant 2</u>

Det. Walsh interviewed 19-year-old Complainant 2 in May 2018 and again in August 2018. Complainant 2 confirmed that he graduated from Cesar Chavez at the end of last school year (approximately June of 2017) and attended the school throughout high school. Complainant 2 stated that he has known the Defendant since approximately December 2016, and had participated in the Defendant's Brother-to-Brother mentorship group at the school. Complainant 2 disclosed that his relationship with Defendant started when the two engaged in group texts and began going out with a number of other students. Eventually, however, Defendant began spending one-on-one time with Complainant 2.

---

[4] For example, on one occasion, the defendant purchased an anthrax reticulated python snake for Complainant 1 in exchange for Complainant 1 sending an image of Complainant 1's penis.

On one occasion, when Complainant 2 was still a student at Cesar Chavez, he went to the Defendant's office for help with a history project. After completing the project, the Defendant asked Complainant 2 to watch a video. The Defendant then showed Complainant 2 a video, the first minute of which consisted of sports.  However, after the sports images, the video abruptly switched to a video of an unknown female "deep throating" a pickle. The Defendant paused the video and asked Complainant 2 if he had ever done something similar. Complainant 2 responded "Huh?" and replied that he did not eat pickles.  Later, upon reflection, Complainant 2 realized the Defendant's sexual innuendo in the question and showing Complainant 2 the video.

Complainant 2 also recalled text messages where the Defendant had asked Complainant 2 about his penis, stating, "How's your little friend?"  Defendant also showed male students in the Brother-to-Brother mentoring group the movie "Brokeback Mountain."  Defendant paused the movie during sexual activity between two male characters to ask the students if they had ever tried those activities.

In April 2017, Complainant 2 went with the Defendant over Spring Break to the opening of a Six Flags amusement park. Complainant 2 expected other students to be present on the Six Flags trip; however, none arrived and Complainant 2 spent the day alone with the Defendant at the park. After leaving Six Flags, they went back to the Defendant's house.  Once at Defendant's house in Alexandria, Virginia, Complainant 2 and the Defendant both fell asleep in the Defendant's bed. Complainant 2 woke up and the defendant was sucking on Complainant 2's penis. This lasted approximately 3–4 minutes, after which the Defendant stopped and took Complainant 2 home.

Complainant 2 reported that the Defendant engaged in the same conduct, sucking on Complainant 2's penis, approximately two or three more times that school year, always at the

Defendant's house. More recently, Complainant 2 reported that approximately 2–3 weeks prior to speaking with Det. Walsh, Complainant 2 visited the Defendant at his school and the Defendant attempted to suck Complainant 2's penis in Defendant's office during the school day, but Complainant 2 declined.  Complainant 2 was 18-year-old at the time of the incident.

<u>Allegations Related to Complainant 3</u>

During Det. Walsh's voluntary interview with the Defendant, the Defendant provided his cellular telephone to detectives and signed a consent authorizing a search of its contents.  An MPD detective forensically extracted the data contained on the device, which the defendant had been using for approximately three weeks prior.  While reviewing the data and information extracted from the Defendant's cellular phone, Det. Walsh observed two conversations between May 15th and May 16th that were sexual in nature and which based upon their content, Det. Walsh believed the Defendant had had with current students at Cesar Chavez other than Complainant 1.  The phone numbers were saved only with the first initial and last name of two then-minors, referred to herein as Complainant 2 and Complainant 3.  Both Complainant 2 and Complainant 3 were students at Cesar Chavez last year, with Complainant 2 graduating in June 2017, and Complainant 3 having left Cesar Chavez and currently attending 10th grade at another school in Washington, D.C.

Det. Walsh observed a text message conversation between the Defendant and then-16-year-old Complainant 3, beginning with time-stamps on April 15, 2018 and ending on May 12, 2018. Specifically, Det. Walsh observed a messaging exchange between the Defendant and Complainant 3 on April 22, 2018 as follows:

Complainant 3: **[Complainant 3 sent an image depicting his penis to the Defendant]**

Defendant: Damn. Miss that

Defendant: [clicked an icon indicating he "loved" the image]

Defendant: What are you doing?

Complainant 3: nun

Defendant: [Defendant sent Complainant 3 an image depicting the Defendant's naked anal, perianal, and buttocks area]

Complainant 3: Wow

Defendant: What?

Defendant? Wyd

Complainant 3: Nun bout to get some ass

Complainant 3: Cuz yu not letting me hit

Defendant: What? You know this is yours.

Defendant: You can hit it anytime you want

Complainant 3: Tomorrow

Defendant: What time?

Defendant: I'll be at the school late tomorrow

Complainant 3: Idk

Defendant: I want you bad

Defendant: Miss you

Complainant 3: Fr

Defendant: Yes

Complainant 3: Sure yu do

Defendant: I do. I want Suck your dick now

Complainant 3: Ok

Defendant: Can I come pick you up and suck Your dick in my car?

Between April 24 and 25, 2018, via text message, the Defendant agreed to send

Complainant 3 money to settle a bet, and the Defendant and Complainant 3 discussed their

relationship:

Defendant: Well the first time we did it you kissed me and said you loved me but I don't think you do anymore [. . . ]

Complainant 3: I don't remember that part

Defendant: You did. You whispered it. You were behind me and I turned around you kissed my lips and said "luh u"

Complainant 3: Oh

Defendant: Well even if you don't love me I love you and always will. Want to be with you but it's cool. Gn

Between May 1-2, 2018, Complainant 3 and the Defendant discussed Complainant 3

needing $10:

Defendant: I understand. At the moment I am broke paid my bills

Complainant 3: I'll give it back by sucking ur dick on ree plz

Complainant 3: Read what I said

Complainant 3: Plz daddy

Defendant: Really?

Complainant 3: Yes can yu plz send it now plz

Defendant: I do want you to suck my dick and suck yours too. But what I want from you is to be with you. We be together

Complainant 3: Yes if yu plz cash app me $10 on REE we can

Defendant: [Complainant 3]. Please don't play with me. I'm serious

Complainant 3: Me too send it

Complainant 3: Thanks dad

Defendant: You're welcome.

Defendant: And now you can tell me the truth. Are you mine?

Complainant 3: Yes

Defendant: …I hear you

Complainant 3: Fr

Defendant: So we're dating? You're my dude and I'm yours?

Complainant 3: Yea

Defendant: So when am I seeing you?

Complainant 3: Idk

Defendant: So why did you say yes to being with me?

Complainant 3: You don't be around and after school I have football practice

Defendant: I'm not saying that as you don't know when you're gonna see me so why did you say yes. I'm asking what made you say yes? And I get to work at 7 am. So you could come through before you go to school
[ . . . ]

Complainant 3: tonight at 9;30

Complainant 3: 9:30

Defendant: Address?

Complainant 3: [redacted address in Washington, DC] me don't pull up at my hse just tell me when yu bout to pull up and I can leave out

Defendant: Of course not. I ain't stupid

Complainant 3: Or yu can cum right now

14

Defendant: Can't um now. In the middle of doing some work

Complainant 3: Oh rd bet

On May 4, 2018, Complainant 3 and the Defendant had a messaging exchange in which the Defendant indicated that he was on his way to Complainant 3's house, but delayed due to traffic:

Defendant: I'm horny AF

Complainant 3: Come pull up

Defendant: Like I wanna feel you inside of me. Want you to nutt in it. Where we gonna do it at?

Defendant: On the phone with my son

Complainant 3: We can do it at the park no one be at

Defendant: You gonna nut in it? I hvaen't had sex since we did it

Defendant: So it's tight

Complainant 3: Rd come on

Complainant 3: I want some good as head

Defendant: I got you. I wanna feel you too.

[ . . . ]

Defendant: Okay babe. I'm coming. You gotta take your time because it's been a minute.

Complainant 3: Rd

Complainant 3: How far r yu and did yu bring a rubber we don't have to use one but if yu have one we can if yu want to

Defendant: I am stuck in traffic. I didn't bring a rubber. I trust you and you're the only person that I have been with

Complainant 3: Rd and Tru

Complainant 3: Way

Defendant: Still stuck in traffic. Car accident.

Defendant: Not too far from nannie Hellen burrows

Complainant 3: Damn I'm horny I don't want to beat my dick cuz u bout to come but I can't hold it for to long

Defendant: Me too and this is killing me

The Defendant never arrived to pick up Complainant 3, and later messaged him, "Just got back home about to jack off since I can't have you."

On May 6, 2018, the Defendant and Complainant 3 again engaged in a text messaging exchange about meeting.  The Defendant told Complainant 3, "Me Too. Miss hugging you[.]" and Complainant 3 responded, "It went from hugging to yu sucking my DICK[.]" The exchange then continued:

Defendant: Yes and I loved sucking it.

Complainant 3: Fr    (Short for "for real," in your affiant's experience)

Complainant 3: Come get it

Complainant 3: Now

Defendant: Can't now. Don't have my car. My cousin has it.

Defendant: I want it so bad though

Complainant 3: Oh damn

Defendant: I want you so bad

Complainant 3: Cum get next week

[. . . ]

Defendant: I am going in to work early tomorrow. You can come by the office and visit before you go to school.

Complainant 3: I wake up [a]t 8:00…School starts at 8:30 and the school is in walking distance and it take me like 5 min to get there

Defendant: So come see me and I'll drop you back off at home

Complainant 3: Ain't no time

Complainant 3: I'm in the football team if I come lay or almost late they gonna DICK SUCK ME

Defendant: Ok

Complainant 3: Fr

Defendant: So what if I come pick you up at 6:30 and we go to my office? We will be finished long before you have to be up

Complainant 3: I wake up to 8:00

Defendant: I'm saying you can't get up early for me?

Defendant: It's one time

Complainant 3: I don't like getting up

Defendant: Or what about if I come see you later tonight?

Complainant 3: Rd

Defendant: You sure?

Complainant 3: Yea cum now

Defendant: He isn't bay yet with the car.

Complainant 3: Come on

Defendant: As soon as he gets here I can come

Defendant: Send me a pic of.your dick

Complainant 3: As soon as who get there

Defendant: My cousin has my car

Complainant 3: Rd

Defendant: As soon as he gets here with it

Complainant 3: What yu gonna to me when he get here

Defendant: Suck your dick. Send me a pic

Complainant 3: I don't send pics no more

Complainant 3: Come see it in person

Defendant: Wow. Ok

Complainant 3: Fr

Defendant: K

On May 16, 2018, Det. Walsh interviewed Complainant 3 at his high school in a private room. Complainant 3 confirmed that he attended Cesar Chavez last year, his 9th grade school year. Complainant 3 reported that he first met the Defendant in the hallway of the school because Complainant 3 was involved in an argument with another student. Complainant 3 believed that this occurred sometime before Christmas in 2016, when Complainant 3 was 14-years-old. The Defendant intervened in the argument, calmed Complainant 3 down in his office and advised him that he could come back whenever he needed to come back.

Complainant 3 disclosed that the next day he went to the Defendant's office again and they began talking. Complainant 3 stated they were just "talking, talking, talking . . . and then after that he didn't let me leave" and continued talking. When Complainant 3 finally left on that date, and every time he left the Defendant's office after that date, the Defendant gave Complainant 3 a hug in spite of Complainant 3 not wanting a hug.

On a date approximately three days after the argument in the hallway, Complainant 3 again went to the Defendant's office. Defendant grabbed Complainant 3's penis outside of his

clothing and then pulled his pants down, before performing sucking on Complainant 3's penis. After this incident, Complainant 3 stated that he stopped going around the Defendant.[5]

Det. Walsh showed Complainant 3 images that were in the text message thread extracted from the Defendant's cell phone. Complainant 3 confirmed that he was depicted in an image located on Defendant's phone of Complainant 3 holding his penis to display it for the picture. Complainant 3 stated that he had taken the image of himself and sent it to the Defendant at the request of the Defendant.  Complainant 3 stated that the Defendant made Complainant 3 send the picture of his penis by threatening Complainant 3 that if he did not send an image, "if I see you, something will happen basically."

Complainant 3 acknowledged to Det. Walsh that he has messaged the Defendant and asked for and received money from him on occasion. He also said that the Defendant threatened that something bad would happen if Complainant 3 told anybody about what had occurred.

During the course of the investigation, from August 8, 2018 through February 2019, Complainant 3 participated in a series of subsequent, lengthier interviews in which he provided additional, more detailed information about the sexual assaults by the Defendant.  During one such interview, Complainant 3 advised that he was "glad" the Defendant was locked up and "not doing it to anyone else." Complainant 3 also advised that he does not like talking to anyone about what occurred between him and the Defendant but does "want him to be locked up for a long time."

---

[5] Det. Walsh observed text messages in the Defendant's phone between the Defendant and Complainant 3 that would suggest that Defendant had been anally penetrated by Complainant 3, but Complainant 3 did not report in his initial interview that such sex acts occurred.  As set forth below, when interviewed in more detail during the course of the investigation, Complainant 3 did report that the defendant had on one occasion grabbed Complainant 3's penis and inserted it into Defendant's anus.

Complainant 3 reiterated in subsequent interviews that he first met the Defendant after he had been involved in an argument with another student at school in the hallway and the Defendant attempted to calm Complainant 3 down by taking him to the Defendant's office. Upon entering the Defendant's office, the Defendant hugged Complainant 3. Complainant 3 backed up, away from the hug but the Defendant kept hugging him. Complainant 3 managed to pull away from the Defendant's hug and exit the Defendant's office.

The next time Complainant 3 got into trouble at the school, he was again sent to the Defendant's office. This time, the Defendant pulled Complainant 3's pants down, got down on his knees in front of Complainant 3 and sucked Complainant 3's penis.  Complainant 3 pushed the Defendant off him, punched him in the head, pulled up his pants, and ran out of the office.

On a third occasion, shortly thereafter on a day that Complainant 3 was going on a field trip to a museum, Complainant 3 again had to go to the Defendant's office to pick up his backpack, which had been taken to Defendant's office by another student.  When Complainant 3 got to the office, the Defendant was inside.  When Complainant 3 bent over to pick his bag up off the ground, Defendant reached out and grabbed Complainant 3's buttocks over Complainant 3's pants.  Complainant 3 fled the office.

On a fourth occasion, Complainant 3 again was sent to the Defendant's office having gotten into another argument with a student in the hallway.  When he got to the office, the Defendant closed the door and stood between Complainant 3 and the door.  The Defendant pulled down his own pants, and then pulled down Complainant 3's pants.  The Defendant turned around, facing the door, licked his hand, and used his hand to wet his anus.  The Defendant then grabbed Complainant 3's penis with his hand and inserted it into Defendant's anus.  Defendant stopped his activity when a knock occurred on the door.  Complainant 3 pulled up his pants to

leave.  As he did so, Defendant went behind his desk and retrieved a spray bottle of air freshener, which he began to spray in the room.  Complainant 3 opened the door to flee, and a female student was standing outside the door.  Complainant 3 went out the door and to a bathroom where he washed his genital area with a towel and soap in the sink.

Complainant 3 did not tell anyone what happened because he was afraid other students at the school would ridicule him.  Complainant 3 also disclosed during the course of the investigation that he did not initially tell Det. Walsh the entirety of the abuse because Det. Walsh had arrived unexpectedly at school, and Complainant 3 was reluctant to speak to the police, fearing he was in trouble. Complainant 3 also stated that he was deeply humiliated to disclose the entirety of what the Defendant had done, none of which Complainant 3 wanted to occur.

Complainant 3 again disclosed that the Defendant gave him cash, purchased food for him, and paid for Complainant 3's school field trip(s) for no reason.

During the same time that the above was occurring, the Defendant began texting Complainant 3. Complainant 3 was not sure how the Defendant obtained his cell phone number, but suspected he obtained it from school records. Some of the text messages from the Defendant to Complainant 3 included texts that said "I love you" and "call me."  Other portions of the messaging exchanges between Complainant 3 and the Defendant are set forth above.

After the Defendant began texting Complainant 3, he also began calling Complainant 3 over the phone and using the FaceTime application.  At one point, the Defendant called Complainant 3 on his cell phone while Complainant 3 was home in the District of Columbia and asked Complainant 3 to send a picture of himself to the Defendant. The Defendant also used FaceTime to communicate with Complainant 3 while Complainant 3 was home in the District of Columbia, and asked several times for Complainant 3 to send him a picture of his penis.

Complainant 3 declined and hung up the FaceTime call.  The Defendant called back on FaceTime and told Complainant 3 the he would tell Complainant 3's mother and Complainant 3's friends what had happened if Complainant 3 did not send the Defendant picture of his penis. The Defendant also told Complainant 3, "I know where you live" and "I know your mother and brother," which Complainant 3 perceived as a threat.  As a result, Complainant 3 went into the bathroom at his home and, as the Defendant instructed on FaceTime, stood in front of a mirror and took a picture of his own penis, which he sent to the Defendant via text message.  This is the image the Complainant identified of himself that was forensically extracted from Defendant's cellular telephone as described above.  Defendant also sent to Complainant 3 over text message an image of his own anus, as described above, which image was also forensically extracted from Defendant's cellular telephone and identified by Complainant 3.

At the end of the school year, Complainant 3 was so upset by what the Defendant had done that he transferred to another school district in the District of Columbia.  Complainant 3 was aware that there were other students with whom the Defendant had behaved "inappropriately" and advised investigators that he was aware the Defendant maintained in his home a bedroom for one student at Cesar Chavez.

During all of the above-described physical and sexual conduct with respect to Complainant 3, the Defendant was 40-years-old and Complainant 3 was 14-years-old. At the time that Complainant 3, at Defendant's direction, created and sent the photograph depicting his penis to the Defendant, the Defendant was 41-years-old and Complainant 3 was 16-years-old.

<u>Defendant's May 16, 2018 Arrest and Interview</u>

On May 16, 2018 at approximately 1:05 pm, Det. Walsh arrested the Defendant at his home.  Upon arriving at the Sixth District, the Defendant expressed that he wished to participate

in another interview with Det. Walsh even though he ended the last interview by requesting a lawyer.

The Defendant was taken to the Sixth District Detective's Office interview room where he was advised of his <u>Miranda</u> rights, which he waived. The Defendant continued to state that he was not involved with Complainant 1 sexually, and had never attempted to kiss him, or touch him inappropriately. The Defendant did confirm that he provided Complainant 1 money on several occasions, bought him clothing and shoes, and provided him with rides on a regular basis. The Defendant said that he does not recall several of the text messages that were sent, to include those about how he loves Complainant 1 and how he wanted to suck his penis.

The Defendant acknowledged that he began a sexual relationship with Complainant 2 after Complainant 2 graduated from high school, but denied that there was anything sexual that occurred while Complainant 2 was still enrolled at Cesar Chavez.

The Defendant admitted that he engaged in sexual conduct with Complainant 3 during Complainant 3's 9th grade year at Cesar Chavez.  The Defendant claimed that Complainant 3 came to Defendant's office and began to hug him, which led to Complainant 3 "grinding his hips" on the Defendant. The Defendant said that he asked what Complainant 3 was doing, and Complainant 3 said that he turned him on. The Defendant advised that Complainant 3 unbuttoned Defendant's pants and his own pants and began to masturbate both of them at the same time. The Defendant reported that Complainant 3 pushed him over his desk and attempted to "enter him" from behind but was unable to do so, so the Defendant stopped him.  The Defendant later described this as Complainant 3 attempting to place his penis in his "butt." The Defendant said that he does not recall if he performed oral sex on Complainant 3 or if Complainant 3 performed oral sex on him during this interaction.

23

_____
Peter Kaupp, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me
this _____ day of February, 2019


_____
Honorable G. Michael Harvey
United States Magistrate Judge